```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
APOLONIO ESPINDOLA and RUFINA GALINDO,
individually and on behalf of others similarly situated,

18 Civ. 3420

Plaintiffs,
-against-

MADISON GLOBAL LLC (D/B/A NELLO),
NELLO I. BALAN, THOMAS MAKKOS,
GEORGE MAKKOS, and PASKO NICAJ,

Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, that paragraph 1 of the settlement agreement submitted to the Court on February 7, 2019 is revised to:

1. Payment: Defendants shall pay or cause to be paid to Plaintiffs, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final satisfaction of any and all claims or potential claims Plaintiffs may have against Defendants through the Effective Date of this Agreement, including all counsel fees and costs incurred by Plaintiffs, the gross sum of Seventy Five Thousand Dollars and No Cents ($75,000.00) (the "Settlement Amount") to be paid to Plaintiffs' attorneys in Twelve ("12") installments, as follows:

(a) Installment One: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit thirty days (30) after court approval of the settlement agreement, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| --- | --- |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(b) Installment Two: Post-dated check in the amount of Six Thousand Two Hundred Fifty Dollars and No Cents ($6,250.00) made payable to "Michael A. Faillace, Esq., as Attorney for Plaintiffs", for immediate deposit Thirty Days (30) after payment of the first installment as described in 1(a) above, delivered to Plaintiffs' counsel. Determination of the Plaintiffs' share, counsel fees, and costs, is the responsibility solely of the Plaintiffs and their counsel.

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| --- | --- |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, | $2,084.83 by IRS Form 1099 |

| attorneys' fees and costs | |

(c)  Installment Three: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit Sixty Days (60) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(d)  Installment Four: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit Ninety Days (90) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(e)  Installment Five: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit One Hundred Twenty Days (120) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(f)  Installment Six: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit One Hundred Fifty Days (150) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(g)  Installment Seven: Installment Six: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit One Hundred Eighty Days (180) after payment of the first

installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(h) Installment Eight: Installment Six: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit Two Hundred Ten Days (210) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(i) Installment Nine: Installment Six: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit Two Hundred Forty Days (240) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(j) Installment Ten: Installment Six: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit Two Hundred Seventy Days (270) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(k) Installment Eleven: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit Three Hundred Days (300) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

(l) Installment Twelve: Post-dated checks, delivered to Plaintiffs' counsel, for immediate deposit Three Hundred Thirty Days (330) after payment of the first installment as described in 1(a) above, as follows:

| Apolonio Espindola | $1,985.32 by IRS Form 1099 and $1,985.32 by W-2 |
|---|---|
| Rufina Galindo | $97.26 by IRS Form 1099 and $97.26 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $2,084.83 by IRS Form 1099 |

Within thirty (30) days of this Agreement being approved by the Court, all of the post-dated checks/payments set forth above shall be delivered to the office of Michael Faillace & Associates, P.C. to the attention of Michael Faillace, Esq., 60 East 42nd Street, Suite 4510, New York, NY 10165. Failure to deliver said checks shall constitute a default under the Agreement.

Dated: June 28, 2019

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Gennadiy Naydenskiy, Esq.
*Attorneys for Plaintiffs*
60 East 42nd Street, Suite 4510
New York, NY 10165
(212) 317-1200

HOFFMAN & ASSOCIATES

By: _____
Andrew Hoffman, Esq.
*Attorneys for Defendants*
450 Seventh Ave., Ste. 1400
New York, NY 10123
(212) 679-0400

SO ORDERED:

_____
HON. RONNIE ABRAMS
07-02-19